

**CITY OF JONESBORO**
124 North Avenue
Jonesboro, Georgia 30236
City Hall: (770) 478-3800
Fax: (770) 478-3775
www.jonesboroga.com

# CONDITIONAL USE PERMIT APPLICATION

ATTACH ADDITIONAL PAGES IF NECESSARY.  ALL ATTACHMENTS MUST BE NUMBERED.  INDICATE THE PAGE NUMBER OF ATTACHMENT IN THE SPACES PROVIDED FOR EACH RELEVANT ANSWER.

ANY MISSTATEMENT OR CONCEALMENT OF FACT IN THIS APPLICATION SHALL BE GROUNDS FOR REVOCATION OF THE LICENSE ISSUED AND SHALL MAKE THE APPLICANT LIABLE TO PROSECUTION FOR PERJURY. PLEASE DO NOT LEAVE ANY AREAS UNANSWERED.

**APPLICATION FEE: $700.00** (Non-Refundable).

Date of Application: 02 07 2020

## Property Owner Authorization

I (We) Jonesboro Commercial Center, LLC (See: Attachment "A") the owner(s) of the following property located at: 7827 Old Morrow Road, Jonesboro, Georgia 30236

Tax Parcel Number: 12048B B002    Size of Property: 1.69

Located in Zoning District C-2 do hereby request permission for a conditional use for the above described property under the Zoning Ordinance zoned for the following purposes:

House of Prayer / Casa De Alabanza. Church, Place of religious assembly.

Attachment: Application (1743 : House of Praise Church)

## Property Owner Information

**Name:** Jonesboro Commercial Center, LLC

**Mailing Address:** P. O. Box 120

**City:** Griffin     **State:** Georgia     **Zip:** 30224

**Phone: (Day)** 770-468-9511     **(Evening)**

## Applicant's Information
### (If Different from Owner's Information)

**Name:** House of Praise / Casa De Alabanza

**Mailing Address:** 429 Roy Huie Drive

**City:** Riverdale     **State:** Georgia     **Zip:** 30274

**Phone: (Day)** 678-681-4089     **(Evening)**

## Jonesboro Property Information

**Existing Uses and Structures:** Commercial Shopping Center, Offices

**Property address:** 7827 Old Morrow Road, Jonesboro, Georgia 30236

**Surrounding Uses and Structures: (See Official Zoning Map):** (See: Attachment "A")

**Surrounding Zoning:** (See: Attachment "A")

**North:** _____ **South:** _____ **East:** _____ **West:** _____

**Details of Proposed Use:** Church; Place of Religious Assembly

**Public Utilities:** Water/Electric

**Access, Traffic and Parking:** Existing developed parking area.

**Special Physical Characteristics:** Traditional 1950's commercial structure and shopping center.

Attachment: Application (1743 : House of Praise Church)

Pursuant to Sec. 86-244 of the Jonesboro Code of Ordinances, a site plan shall accompany an application proposing the rezoning of property to one of the zoning districts contained in article V that is initiated by an owner of property or his agent.

SITE PLAN INFORMATION INCLUDING: (See: Attachment "A")

1. Name, address and phone number of property owner.
2. Name, address and phone number of the applicant (if different from the owner).
3. Nature of proposed uses, including a statistical summary of development indicators such as density, nonresidential floor area, maximum building heights, number of lots or dwelling units and minimum unit sizes, as appropriate.
4. A graphic indication of the architectural style, building materials and elevations anticipated.
5. Date of survey and source of datum, as appropriate.
6. Date of site plan and revision dates, as appropriate.
7. North arrow and scale, not to exceed one inch equals 50 feet.
8. Location (district and land lot) and size of the property in acres (or square feet if below one acre).
9. Location sketch of the property in relation to the surrounding area with regard to landmarks such as arterial streets or railroads. Sketches shall be at a scale sufficient to clearly indicate the location of the property, but not greater than one inch equals 2,000 feet. U.S. Geological Survey maps may be used as a reference guide for the location sketch.
10. Proposed zoning classification of the property and zoning of all adjacent properties.
11. Man-made features adjacent to the property, including street right-of-ways and street names, city limits and other significant information such as bridges, water and sanitary sewer mains, storm drainage systems and other features, as appropriate.
12. Location and right-of-way width of all proposed streets.
13. Indication of domestic water supply source.
14. Indication of sanitary sewer service.
15. Approximate location of proposed storm water drainage and detention facilities.
16. Any existing or proposed easements.
17. Location of all improvements, public areas or community facilities proposed for dedication to public use.
18. Proposed lot lines and minimum front, side and rear building setbacks for each lot.
19. Approximate footprint and location of all existing and proposed buildings and structures on and adjacent to the site.
20. All existing and proposed access, driveways, parking and loading areas on or adjacent to the site.
21. Proposed solid waste disposal facilities and outdoor storage areas.
22. Proposed buffers and greenspace.
23. Proposed development schedule.

Attachment: Application (1743 : House of Praise Church)

## PROPERTY OWNER'S AUTHORIZATION

The undersigned below, or as attached, is the owner of the property which is subject of this application. The undersigned does duly authorize the applicant named below to act as applicant in the pursuit of an amendment to the property.

I swear that I am the owner of the property which is the subject matter of the attached application, as it is shown in the records of Clayton County, Georgia.

I hereby depose and say that all above statements and attached statements and/or exhibits submitted are true and correct, to the best of knowledge and belief.

PROPERTY OWNER:

JONESBORO COMMERCIAL CENTER, LLC
PRINT NAME

By: _____
SIGNATURE/DATE
John R. Carlisle, Member
Date: 1/30/2020

APPLICANT:

CASA DE ALABANZA
PRINT NAME

By: _____
SIGNATURE/DATE
Silvia Salazar
Its: _____
Date: 02/04/2020

NOTARY:
_____
SIGNATURE/DATE 1/30/2020

SEAL

DONNA L MASSEY
Notary Public – State of Georgia
Fulton County
My Commission Expires Nov 15, 2021

_____
notary 2/4/2020

RACHEL PARKER
NOTARY
EXPIRES
GEORGIA
Feb. 28, 2021
PUBLIC
HENRY COUNTY

Attachment: Application (1743 : House of Praise Church)

5                                        APPLICATION FOR CONDITIONAL USE PERMIT |

Exhibit A, p. 004

Packet Pg. 45

The City may require submission of additional information as may be useful in understanding the proposed use and development of the property.

I HEREBY CERTIFY THAT THE ABOVE INFORMATION AND ALL ATTACHED INFORMATION IS TRUE AND CORRECT:

JONESBORO COMMERCIAL CENTER, LLC

Signed by: _____
John R. Carlisle, Member

Notary: _____
On 1/30/2020
Additional Signature (See: Attachment "A")

SEAL
DONNA L MASSEY
Notary Public – State of Georgia
Fulton County
My Commission Expires Nov 15, 2021

**FOR OFFICE USE ONLY:**

Date Received: 02 07 /2020   Received By: _____

Fee Amount Enclosed: $ 100.00

Public Notice Sign Posted (Date) _____

Legal Ad Submitted (Date) _____

Legal Ad Published (Date) _____

Date Approved: ___/___/20___

Date Denied ___/___/20___

Permit Issued ___/___/20___

Comment:
_____
_____
_____