

# MEMORANDUM

**To:**    House of Praise / Casa De Alabanza
         429 Roy Huie Drive
         Riverdale, GA 30274

**From:**  David D. Allen
         City of Jonesboro
         124 North Avenue
         Jonesboro, GA 30236

**Date:**  November 20, 2020

**Re:**    Notification of Request for Conditional Use – Proposed Church / Place of Religious Assembly, 7827 Old Morrow Rd; Tax Map Parcel No. 12048B B002

Dear Applicant,

This letter is to serve as notification that the City of Jonesboro Mayor and Council, at a Public Hearing on November 9, 2020 at 6:00 pm, <u>denied</u> your request for the following requested conditional use for the above referenced property:

- Church / Place of Religious Assembly

The main criteria for the denial, per the Council motion, was "denied on the bases that the applicant did not satisfy his burden showing that the application for Conditional Use Permit will promote the public health, safety, morality and general welfare of the City of Jonesboro. Furthermore, the application does not meet the certain conditions required by Section 86-183; among other considerations; and could negatively impact the adjacent properties as inadequate parking spaces on the property, and increase traffic could lead to an encroachment on neighboring properties and increase congestion on public streets within the area."

Should you have any questions regarding the decision, please do not hesitate to contact me at 770-478-3800 or at dallen@jonesboroga.com.

Sincerely,

David D. Allen
Community Development Director / Zoning Administrator

Cc:    Jonesboro Commercial Center, LLC
       P.O. Box 120
       Griffin, Ga. 30224

Exhibit B