IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CASA DE ALABANZA and JONESBORO COMMERCIAL CENTER, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 1:20-cv-04997-LMM |
| CITY OF JONESBORO, GEORGIA, HON. JOY B. DAY, Mayor, and TRACEY MESSICK, BOBBY LESTER, BILLY POWELL, DR. DONYA L. SARTOR, PH.D., PAT SEBO, and ED WISE, individually and in their Official Capacities as Mayor and Councilmembers of the City of Jonesboro, Georgia | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **CONSENT ORDER**

The Parties have agreed to resolve the present case and, in furtherance thereof, consent to entry of the following Order:

On December 13, 2021, the parties executed a Settlement Agreement. Pursuant to this Agreement, Plaintiff Jonesboro Commercial Center, LLC, its successors and/or assigns will submit an application for a conditional use permit

and/or a change of zoning conditions in connection with property located at 7815-7857 Old Morrow Road.

So long as the city acts consistently with the executed Settlement Agreement and upon receipt by Plaintiffs of the consideration agreed to in connection with the settlement of this case, Plaintiffs agree to dismiss the current action, with prejudice, with each party to pay their own fees and costs.

**IT IS SO ORDERED t**his _____ day of _____, 2022.

_____
The Honorable Leigh Martin May
United States District Court Judge

Consented to:

*Attorney for Plaintiffs*

**/s/ Newton M. Galloway**
Newton M. Galloway
Georgia Bar No. 283069
**GALLOWAY & LYNDALL, LLP**
The Lewis Mills House
406 North Hill Street
Griffin, GA  30223
(770) 233-6230
ngalloway@gallyn-law.com

*Attorney for Defendants*

**/s/ Alex Joseph**
Alex Joseph
Georgia Bar No. 590921
**GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, LLP**
950 East Paces Ferry Road, NE
Suite 1700 – Salesforce Tower
Atlanta, GA 30326
(404) 870-7389 (Joseph)
ajoseph@grsmb.com

## <ins>CERTIFICATE OF SERVICE</ins>

This is to certify that I have this day served a copy of the foregoing **CONSENT ORDER** by filing the same with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record in this action.

This 10th day of January, 2022.

/s/ Alex Joseph
Alex Joseph
Georgia Bar No. 590921
*Attorney for Defendants*

GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, NE
Suite 1700 – Salesforce Tower
Atlanta, GA 30326
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
ajoseph@grsmb.com