IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASA DE ALABANZA and JONESBORO COMMERCIAL CENTER, LLC, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION FILE NO.<br>)<br>) 1:20-cv-04997-LMM |
| CITY OF JONESBORO, GEORGIA, HON. JOY B. DAY, Mayor, and TRACEY MESSICK, BOBBY LESTER, BILLY POWELL, DR. DONYA L. SARTOR, PH.D., PAT SEBO, and ED WISE, individually and in their Official Capacities as Mayor and Councilmembers of the City of Jonesboro, Georgia | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **CONSENT ORDER**

The Parties have agreed to resolve the present case and, in furtherance thereof, consent to entry of the following Order:

On December 13, 2021, the parties executed a Settlement Agreement. Pursuant to this Agreement, Plaintiff Jonesboro Commercial Center, LLC, its successors and/or assigns will submit an application for a conditional use permit

and/or a change of zoning conditions in connection with property located at 7815-7857 Old Morrow Road.

So long as the city acts consistently with the executed Settlement Agreement and upon receipt by Plaintiffs of the consideration agreed to in connection with the settlement of this case, Plaintiffs agree to dismiss the current action, with prejudice, with each party to pay their own fees and costs.

**IT IS SO ORDERED t**his ___10th___ day of ___January_____, 2022.

_____
The Honorable Leigh Martin May
United States District Court Judge

Consented to:

| *Attorney for Plaintiffs* | *Attorney for Defendants* |
|---|---|
| **/s/ Newton M. Galloway** | **/s/ Alex Joseph** |
| Newton M. Galloway | Alex Joseph |
| Georgia Bar No. 283069 | Georgia Bar No. 590921 |
| **GALLOWAY & LYNDALL, LLP** | **GRAY, RUST, ST. AMAND,** |
| The Lewis Mills House | **MOFFETT & BRIESKE, LLP** |
| 406 North Hill Street | 950 East Paces Ferry Road, NE |
| Griffin, GA  30223 | Suite 1700 – Salesforce Tower |
| (770) 233-6230 | Atlanta, GA 30326 |
| ngalloway@gallyn-law.com | (404) 870-7389 (Joseph) |
| | ajoseph@grsmb.com |