IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CASA DE ALABANZA and JONESBORO COMMERCIAL CENTER, LLC, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 1:20-cv-04997-LMM |
| v. | : : | |
| CITY OF JONESBORO, GEORGIA, *et al.*, | : : : | |
| Defendants. | : | |

# **ORDER**

On January 10, 2022, the parties in this matter notified the Court that they have reached a settlement. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal.[1] The parties are **DIRECTED** to file within SIXTY (60) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 10th day of January, 2022.

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.

_____
**Leigh Martin May**
**United States District Judge**