IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASA DE ALABANZA and JONESBORO COMMERCIAL CENTER, LLC, :<br><br>Plaintiffs, :<br><br>v. :<br><br>:<br><br>CITY OF JONESBORO, GEORGIA; HON. JOY B. DAY; TRACEY MESSICK; BOBBY LESTER; BILLY POWELL; DR. DONYA L. SARTOR, PH.D.; PAT SEBO; and ED WISE, :<br><br>Defendants. : | CIVIL ACTION NO.<br>1:20-CV-04997-LMM |

## **ORDER**

On January 10, 2022, upon notification that the parties had entered into a settlement agreement, the Court entered an order administratively closing the case and directing the parties to file within the next 60 days either dismissal documents or a joint status report notifying the Court why they could not file such documents. Dkt. No. [33]. Plaintiff has since made an oral request to extend the deadline.

The request for an extension of time is hereby **GRANTED**. The parties are **DIRECTED** to file within **60 days** of the date of this Order either (1) the

necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 22nd day of March, 2022.

_____
**Leigh Martin May**
**United States District Judge**